# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nadine Klarich-Stout<br>　　　　　　　　　　Debtor | BK NO. 16-21567 TPA |
| | Chapter 7 |
| PNC Bank, National Association<br>　　　　　　　　　　Movant<br>　　　vs. | Related to Document No. 17 & 19 |
| | Hearing Date: 08/18/2016 |
| Nadine Klarich-Stout<br>　　　　　　　　　　Respondent | Hearing Time: 10:30 A.M. |
| Eric E. Bononi, (Trustee)<br>　　　　　　Additional Respondent | Objection Deadline: August 1, 2016 |

### CERTIFICATE OF SERVICE OF NOTICE OF HEARING ON
### MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, Joshua I. Goldman, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on July 15, 2016, I served the above captioned pleading, along with the Motion filed in the proceeding on the parties at the addresses shown below;

Debtor
Nadine Klarich-Stout
825 Howe Avenue
Monaca, PA 15061

Attorney for Debtor
Edgardo D. Santillan, Esq.
775 Fourth Street
Beaver, PA 15009
edscourt@debtlaw.com

Trustee
Eric E. Bononi
20 North Pennsylvania Avenue (VIA ECF)
Suite 201
Greensburg, PA 15601
bankruptcy@bononiandbononi.com

Method of Service:  electronic means or first class mail

Dated:  07/15/2016

**/s/ Joshua I. Goldman, Esquire____**
Joshua I. Goldman, Esquire
jgoldman@kmllawgroup.com
Attorney I.D. No. 205047
KML Law Group, P.C.
701 Market Street, Suite 5000
Pittsburgh, PA  15276
Phone: 215-825-6311, Fax: 215-825-6411
Attorney for Movant/Applicant