FILED
8/8/16 12:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Nadine Klarich-Stout <br>           Debtor | |
| PNC Bank, National Association, <br> its successors and/or assigns <br>           Movant <br>    v. <br> Nadine Klarich-Stout <br>           Respondent <br>    and <br> Eric E. Bononi, Trustee <br>           Additional Respondent | BK. NO. 16-21567 TPA <br><br> CHAPTER 7 <br> Related to Docket # ___17___ |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 8th day of August, 2016, at Pittsburgh, upon Motion of PNC Bank, National Association, it is

**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 3785 Bradys Run Road, Beaver, PA 15009 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
United States Bankruptcy Judge      vas

Nadine Klarich-Stout
825 Howe Avenue
Monaca, PA 15061

Edgardo D. Santillan Esq.
775 Fourth Street
Beaver, PA 15009
edscourt@debtlaw.com

Eric E. Bononi
20 North Pennsylvania Avenue (VIA ECF)
Suite 201
Greensburg, PA 15601
bankruptcy@bononiandbononi.com

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Nadine Klarich-Stout  
     Debtor

Case No. 16-21567-TPA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Aug 08, 2016  
                  Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2016.  
db         +Nadine Klarich-Stout,   825 Howe Avenue,   Monaca, PA 15061-1230  
aty       +Joshua I. Goldman,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2016                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2016 at the address(es) listed below:  
        Andrew F Gornall   on behalf of Creditor   PNC Bank, National Association agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        Angela Sheffler Abreu   on behalf of Creditor   Northwest Bank f/k/a Northwest Savings Bank AAbreu@nwbcorp.com, Angela.Abreu@northwest.com  
        Edgardo D. Santillan   on behalf of Debtor Nadine  Klarich-Stout edscourt@debtlaw.com, edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com  
        Eric E. Bononi   bankruptcy@bononilaw.com, pa69@ecfcbis.com  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
        Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
        TOTAL: 6