**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Nadine Klarich–Stout** | Social Security number or ITIN  **xxx–xx–5832** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **16–21567–TPA** | |

# Order of Discharge                                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Nadine Klarich–Stout

<u>8/24/16</u>                                                                   **By the court:**   <u>Thomas P. Agresti</u>
                                                                                                           United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 16-21567-TPA
Nadine Klarich-Stout                                                            Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin              Page 1 of 1            Date Rcvd: Aug 24, 2016
                              Form ID: 318             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2016.
db         +Nadine Klarich-Stout,    825 Howe Avenue,    Monaca, PA 15061-1230
aty        +Joshua I. Goldman,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
             Philadelphia, PA 19106-1541
cr         +Northwest Bank f/k/a Northwest Savings Bank,    100 Liberty Street,    Warren, PA 16365-2411
14220628   +Citibank,    Citicorp/Centralized Bankruptcy,    Po Box 790040,    Saint Louis, MO 63179-0040
14220629   +Citibank/Best Buy,    Centralized Bankruptcy/CitiCorp Credit S,    Po Box 790040,
             St Louis, MO 63179-0040
14220631   +Dr. Rodney N. Fedorchak DMD,    995 Beaver Grade Road,    Coraopolis, PA 15108-2766
14220632   +KML Law Group, P.C.,    Suite 5000 BNY Mellon Independence Ctr,    701 Market Street,
             Philadelphia, PA 19106-1538
14220634  ++NORTHWEST SAVINGS BANK,    P O BOX 337,    WARREN PA 16365-0337
             (address filed with court: Northwest Savings Bank,    100 Liberty Steet,    Warren, PA 16365)
14220635   +Pnc Mortgage,    Po Box 8703,   Dayton, OH 45401-8703
14220637    Tri-State Adjustments, Inc.,    PO Box 3219,    La Crosse, WI 54602-3219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 25 2016 01:38:54      Pennsylvania Dept. of Revenue,
             Department 280946,   P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
             Harrisburg, PA   17128-0946
14220630   +EDI: DISCOVER.COM Aug 25 2016 01:28:00      Discover Financial,    Attn: Bankruptcy,
             Po Box 3025,   New Albany, OH 43054-3025
14220633   +EDI: NHCLLC.COM Aug 25 2016 01:33:00      National Hospital Collections,
             16 Distributor Dr Ste 2,    Morgantown, WV 26501-7209
14220636   +EDI: RMSC.COM Aug 25 2016 01:33:00      Synchrony Bank/ JC Penney,    Attn: Bankruptcy,
             Po Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              PNC Bank, National Association
                                                                                              TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Angela Sheffler Abreu    on behalf of Creditor    Northwest Bank f/k/a Northwest Savings Bank
               AAbreu@nwbcorp.com, Angela.Abreu@northwest.com
              Edgardo D. Santillan    on behalf of Debtor Nadine  Klarich-Stout edscourt@debtlaw.com,
               edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.co
               m
              Eric E. Bononi    bankruptcy@bononilaw.com, pa69@ecfcbis.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
                                                                                             TOTAL: 6